IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**STEPHEN MILLER** **PLAINTIFF**

**V.** **CIVIL ACTION NO.1:24-CV-51-SA -DAS**

**TRONOX, LLC** **DEFENDANT**

## ORDER

The defendant has filed for leave to file a third-party complaint and requested that the court waive the requirement for a supporting brief. Because the motion is opposed, the court will not waive the briefing requirement. The defendant is granted seven days to submit a supporting brief. The time for the plaintiff's response will begin when served with the supporting brief.

**SO ORDERED** this the 13th day of December, 2024.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**