**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**STEPHEN MILLER**                                                                                                            **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO.1:24- -CV-51-SA-DAS**

**TRONOX, LLC**                                                               **DEFENDANT/
THIRD-PARTY PLAINTIFF**

**V.**

**LAVENDER, INC. and
NATIONAL TRUST INSURANCE COMPANY**         **THIRD-PARTY DEFENDANTS**

### ORDER GRANTING LEAVE TO SEVER THIRD PARTY COMPLAINT

     National Trust Insurance Company has moved to sever Tronox's third party complaint against it and Lavender, Inc, to allow time for discovery in the third-party action and to allow the presently scheduled trial between the plaintiff and Tronox to proceed as presently scheduled. No other party objects to the relief requested.

     **IT IS ORDERED** that the third-party complaint is severed from the underlying action. A case management conference shall be noticed to set deadlines for the third-party complaint.

     **SO ORDERED** this the 17th day of March, 2025.

                                                  /s/ David A. Sanders
                                                **UNITED STATES MAGISTRATE JUDGE**